# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>DAVID A. FEDUCIA | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense)-- Short Form<br>CASE NUMBER: 3:06mj107/MD<br><br>Robert Dennis, AFPD<br>Defendant's Attorney |

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 7 & 13 and FSS 322.34(2) | Driving With Suspended License With Knowledge | 3/23/06 | One |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA shall be paid no later than March 21, 2007.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 10.00 | $ 350.00 | $ 0.00 |

Date of Imposition of Sentence - 1/29/07

_Miles Davis_
Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 1-29-2007

07 JAN 30 AM 9:21

FILED